UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>JIMMIE EARL JONES,<br>　　　　　　Defendant. | Case No. 14-cr-00225-JSW-1<br><br>**ORDER TO GOVERNMENT TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 83, 88 |

On June 25, 2020, Defendant filed a motion for compassionate release. Under this Court's Criminal Standing Order paragraph 4, the opposition was due on July 9, 2020, and Defendant's reply will be due on July 16, 2020. On July 6, 2020, the Court denied as moot a motion to extend the briefing schedule to permit the Government to file its opposition on July 7, 2020, on the basis the requested extension was not necessary in light of the Court's Standing Orders. The Court also advised the parties that if they required additional time, they must be prepared to demonstrate good cause for an extension.

The Government has not filed an opposition to Defendant's motion. Accordingly, the Government is HEREBY ORDERED TO SHOW CAUSE why the motion should not be granted as unopposed. The Court VACATES the deadline for Defendant to file his reply. The Government's response to this motion shall be due by July 16, 2020, If the Government opposes the motion, it must show cause why its opposition was not timely filed. Defendant may reply to the Government's response to this Order to Show Cause by July 23, 2020.

//

//

//

The matter shall remain on calendar pending further order of the Court.

**IT IS SO ORDERED.**

Dated: July 13, 2020

_____
JEFFREY S. WHITE
United States District Judge